

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00594-CV

Mary **MATTHEWS**,
Appellant

v.

O**LD RIVER ROAD RV RESORT, LLC**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18372A
Honorable Robert R. Barton, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against the party that incurred them.

SIGNED May 15, 2019.

_____
Patricia O. Alvarez, Justice